IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| PLAINTIFF, : | |
| : | |
| v. : | Case No. 08-CR-30257-MJR |
| : | |
| WILLIAM SHERMAN KIRKPATRICK, : | |
| : | |
| DEFENDANT. : | |

**ORDER FINDING NO THIRD-PARTY INTERESTS**
**(FINAL ORDER OF FORFEITURE)**

REAGAN, District Judge:

On February 6, 2009, this Court entered an Order of Forfeiture against Defendant William Sherman Kirkpatrick for the following property which had been seized from Defendant:

**A E.E.A. brand Witness Model 38 SA caliber semi-automatic pistol, bearing serial number AE29525, and an Enfield brand, No. 4 MK 1 model, .303 caliber bolt-action rifle, bearing serial number PF54882, and any and all ammunition.**

The Order further provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning April 23, 2009, and ending May 22, 2009. No third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the Court hereby FINDS pursuant to 21 U.S.C. § 853(n)(7) that no third-party petitions were filed, and the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on February 6, 2009, namely:

1

**A E.E.A. brand Witness Model 38 SA caliber semi-automatic pistol, bearing serial number AE29525, and an Enfield brand, No. 4 MK 1 model, .303 caliber bolt-action rifle, bearing serial number PF54882, and any and all ammunition.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. Said disposal may, at the discretion of the United States, include the destruction of the property.

IT IS SO ORDERED.

DATED this 11th day of August 2009.

                                                    s/ *Michael J. Reagan*
                                                   MICHAEL J. REAGAN
                                                   United States District Court Judge